FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/29/2015 5:47:40 PM
KEITH E. HOTTLE
Clerk

ACCEPTED
04-15-00162-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/29/2015 5:47:40 PM
KEITH E. HOTTLE
CLERK

# IN THE COURT OF APPEALS
## FOURTH COURT OF APPEALS DISTRICT OF TEXAS

**MANUEL BALDERAS GONZALEZ,**
   **Appellant**

**VS.**                                            **NO. 04-15-00162-CR**

**THE STATE OF TEXAS,**
   **Appellee**

## MOTION TO DISMISS APPEAL AND FOR EXPEDITED MANDATE

TO THE HONORABLE COURT OF APPEALS:

Comes now MANUEL BALDERAS GONZALEZ, Appellant, and, pursuant to Rule 42.2(a), Texas Rules of Appellate Procedure, hereby withdraws his notice of appeal and moves the Court to dismiss this appeal. This is an appeal from the 437th District Court of Bexar County, Texas, Cause Number 2014-CR-6806. The Appellant's notice of appeal was filed pro se. On April 16, 2015 the appeal was dismissed pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure by the Honorable Justice Luz Elena D. Chapa.

WHEREFORE, the Appellant moves this Honorable Court to dismiss this appeal. The Appellant further moves this Honorable Court to expedite the mandate.

Respectfully submitted,

MANUEL BALDERAS GONZALEZ
Bexar County Detention Center

200 N. Comal
San Antonio, TX 78207
APPELLANT

_____
Theresa Connolly
106 S. St. Mary's, Suite 260
San Antonio, Texas 78205
**tconnolly@grandeco**m.net
(210) 222-9700
FAX (210) 354-1920
Bar No. 00790014
ATTORNEY FOR APPELLANT

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Motion to Dismiss Appeal has been electronically served to Andrew N. Warthen, Assistant District Attorney, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205 on April 29, 2015.

_____
Theresa Connolly
Attorney for Appellant